Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Maria N. Jacob
Assistant Federal Public Defender
District of Columbia Bar No. 1031486
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Maria_Jacob@fd.org

*Attorney for Petitioner Jarry Jose Montes Barrena

# United States District Court
# District of Nevada

Jarry Jose Montes Barrena,

Petitioner,

v.

Todd Blanche, et al.,

Respondents.

Case No. 2:26-cv-02630-JAD-MDC

**Stipulation to Extend Time to File Amended Petition and Response to Amended Petition**

Petitioner Jarry Jose Montes Barrena and Respondents, through undersigned counsel, hereby submit this Stipulation for an extension of time of 14 days for Petitioner to file an amended petition for writ of habeas corpus, moving the deadline from September 11, 2026, to September 25, 2026, with a further stipulation that the Respondents file a response by October 9, 2026.

This extension is warranted because counsel is still determining what claims can be raised and seeking further information from the government to determine whether to file an amended petition or a notice of voluntary dismissal. Therefore, Mr. Barrena requests a 14-day extension of time to file the amended petition.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Barrena to file an amended petition to September 25, 2026, with a response deadline of October 9, 2026. This request is made in good faith and not for the purpose of delay.

Dated: September 10, 2026

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH, First Assistant United States Attorney

*/s/ Russell Webb*
Russell Webb
Assistant United States Attorney

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Maria N. Jacob*
Maria N. Jacob
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
DATED: 9/10/2026